# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NICHOLAS GIAMBRONE

VERSUS

NATIONAL UNION FIRE
INSURANCE COMPANY

NO.  2024 CW 1004

**DECEMBER 4, 2024**

---

In Re:   Stephanie Findley and National Union Fire Insurance Company of Pittsburgh, P.A., applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20210001992.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

> **EW**
> **SMM**
> **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT